[No. 7146-1-II.  Division Two.  March 29, 1984.]

*In the Matter of the Personal Restraint of*
CHARLES A. PETERS, *Petitioner.*

Petition for relief from personal restraint. *Granted in part* and *denied in part* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[Nos. 5884-7-II; 6222-4-II.  Division Two.  March 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. GREGORY
K. THOMPSON, *Appellant.*

Appeals from judgments of the Superior Court for Clallam County, Nos. 6038, 5391, Terence Hanley, J., entered March 17, 1982. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 6181-3-II.  Division Two.  March 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
C. NAKANO, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. CR 81-6291, David R. Draper, J., entered February 1, 1982. *Dismissed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 6201-1-II.  Division Two.  March 30, 1984.]

*In the Matter of* RICHARD D. PALMER.

Appeal from a judgment of the Superior Court for Kitsap County, No. JC 1902, Leonard W. Costello, J. Pro Tem., entered February 22, 1982. *Dismissed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.